# In the United States Court of Federal Claims

No. 13-779 C

Filed: August 2, 2016

```
*************************************
                                    *
CILICIA A. DeMONS, et al.,          *
on behalf of herself and            *
all others similarly situated,      *
                                    *
        Plaintiffs,                 *
                                    *
v.                                  *
                                    *
THE UNITED STATES,                  *
                                    *
        Defendant.                  *
                                    *
*************************************
```

Class Action;
Class Notice by Postcard or Letter to
    Putative Class Members;
Department of Veterans Affairs ("VA").

## ORDER

IT IS ORDERED, ADJUDGED AND DECREED that the Class Administrator, on behalf of the Department of Veterans Affairs ("VA"), shall provide the following notice by postcard or letter, prepaid first class mail to the last known home address of each of the 21,769 employees and former employees of the VA who previously were identified by the VA as putative members of the class in this case:

Some of you may have received postcard notices or otherwise heard or read about a class action lawsuit against the Department of Veterans Affairs ("VA") on behalf of VA employees. You may also have heard or read comments questioning the legitimacy of the lawsuit or the website associated with the lawsuit or suggesting that the lawsuit and website are scams.

The purpose of this message is to correct any mistaken impressions and to confirm that the lawsuit, captioned *DeMons et al., v. United States*, Fed. Cl. No. 13-779C, is a legitimate, on-going class action lawsuit in the United States Court of Federal Claims. The associated website, www.myleavepay.com, is a valid, secure site created and administered by a Class Action Administrator approved by the United States Court of Federal Claims.

The Department of Justice represents the VA in this lawsuit; VA employees who are already a part of this lawsuit or who join in the class action are represented by class counsel. If you are interested in obtaining further information about this lawsuit, you should visit the website and follow the instructions on the site.

I want to assure you that the lawsuit and the website www.myleavepay.com **is not a scam.** It is a secure, valid website approved by the United States Court of Federal Claims. The United States Court of Federal Claims has extended the deadline for filing an opt-in claim form until September 16, 2016.

Sincerely,
Leigh Bradley
General Counsel
Department of Veterans Affairs

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the deadline for filing a timely opt-in claim form by a putative member of the class is extended from August 15, 2016 to September 16, 2016.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**

2